UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In Re:  Bankruptcy Case No.
        10-12810

Roger E. & Susan M. Meier,

        Debtors.

## OBJECTION TO MOTION FOR RELIEF FROM STAY

The Trustee objects to the Motion for Relief from Stay filed by M&I Marshall & Ilsley Bank. The Trustee has not had an opportunity to examine the debtors. The Trustee hereby requests a hearing.

Dated this 20th day of April, 2010.

**KEPLER & PEYTON**

_____
Michael E. Kepler
State Bar #: 1014784
Attorneys for Trustee

634 W. Main St. Suite 202
Madison, WI 53703
(608) 257-5424